UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61976-CIV-DIMITROULEAS

UNITED STATES OF AMERICA,

       Magistrate Judge Snow

   Plaintiff,
vs.

RICHARD HILL,

   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Plaintiff's Motion for Attorney's Fees [DE 11-2], filed on January 27, 2010, the Defendant's Motion to Dismiss Plaintiff's Motion for Attorney's Fees [DE 21], and the Report and Recommendation [DE 26] of Magistrate Judge Lurana S. Snow, filed on July 13, 2010.  Like the Magistrate Judge, we construe Defendant's Motion to Dismiss Plaintiff's Motion for Attorney's Fees as a response to Plaintiff's Motion for Attorney's Fees and Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Motion for Attorney's Fees [DE 22] as a reply memorandum.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  We agree with the Magistrate Judge that the Motion for Attorney's Fees should be granted, and that Defendant's

Motion to Dismiss Plaintiff's Motion for Attorney's Fees should be denied as moot.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 26] is hereby **ADOPTED**;

2. Defendant's Motion to Dismiss Plaintiff's Motion for Attorney's Fees [DE 21] is hereby **DENIED as moot**;

3. Plaintiff United States of America shall recover from the Defendant Richard Hill the amount of $1,040.00 in attorney's fees as set forth in the Report and Recommendation [DE 26].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of August, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Richard Hill, pro se
1777 S.E. 15th Street
#304
Fort Lauderdale, FL 33316